# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO, CALIFORNIA

| | |
|---|---|
| PORCHA NEAL, | ) 1: 12-cv-1327-AWI-BAM |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING APPLICATION |
| v. | ) TO PROCEED IN FORMA PAUPERIS |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

On October 17, 2011, plaintiff Ruby J. Earl ("Plaintiff") appearing pro se, filed a motion to proceed in forma pauperis. Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application. In due course, pursuant to 28 U.S.C. § 1915(e)(2), the Court will screen Plaintiff's Complaint to determine whether it states a claim for which relief can be granted under Fed. R. Civ. P. 8(a).

IT IS SO ORDERED.

**Dated:   September 26, 2012**          _____ **/s/ Barbara A. McAuliffe** _____
UNITED STATES MAGISTRATE JUDGE