# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO, CALIFORNIA

| | |
|---|---|
| PORCHA NEAL,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE,<br><br>          Defendant. | )  1: 12-cv-1327-AWI-BAM<br>)<br>)<br>)<br>)  ORDER GRANTING APPLICATION<br>)  TO PROCEED IN FORMA PAUPERIS<br>)<br>)<br>)<br>)<br>)<br>) |

On October 17, 2011, plaintiff Ruby J. Earl ("Plaintiff") appearing pro se, filed a motion to proceed in forma pauperis. Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application. In due course, pursuant to 28 U.S.C. § 1915(e)(2), the Court will screen Plaintiff's Complaint to determine whether it states a claim for which relief can be granted under Fed. R. Civ. P. 8(a).

IT IS SO ORDERED.

**Dated:**   **September 26, 2012**          _____  **/s/ Barbara A. McAuliffe**_____
                                          UNITED STATES MAGISTRATE JUDGE

1