# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| PORCHA NEAL, | 1:12-cv-01327-AWI-BAM |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE AMENDED COMPLAINT** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, | (Doc. 7) |
| Defendant. | |

Plaintiff Porcha Neal ("Plaintiff"), proceeding pro se and in forma pauperis, has filed this civil rights action against the United States Department of Justice (the "DOJ") for events related to her arrest and incarceration in the criminal action of *United States of America v. Major, et al.,* No. 07-cr-00156-LJO (E.D. Cal., 2007). On January 16, 2013, the Court dismissed Plaintiff's complaint with leave to amend pursuant to 28 U.S.C. § 1915(e). (Doc. 4).

On February 26, 2013, the Court granted Plaintiff's motion for a thirty-day extension of time to file an amended complaint. (Doc. 6). Plaintiff's amended complaint was due on or before March 20, 2013. On April 10, 2013, Plaintiff filed a motion for leave to file a late amended complaint. (Doc. 7). Plaintiff represents that she put tremendous care in properly amending her complaint and her efforts took longer than she originally anticipated.

Having considered Plaintiff's Motion, and for good cause shown, **IT IS HEREBY ORDERED**

1. Plaintiff's request for leave to file her late First Amended Complaint is GRANTED (Doc. 7);

2. The First Amended Complaint filed as a separate docket entry (Doc. 8) is deemed filed as of April 10, 2013;

3. Plaintiff is advised that the Court must screen her First Amended Complaint pursuant to Title 28 of the United States Code section 1915A(a). The Court must dismiss a complaint or portion thereof if the litigant has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant(s) who is immune from such relief. 28 U.S.C. § 1915A(b)(1)&(2). The Court has a large number of such cases pending before it and will screen Plaintiff's First Amended Complaint in due course.

IT IS SO ORDERED.

Dated: **April 12, 2013**          /s/ **Barbara A. McAuliffe**
                                  UNITED STATES MAGISTRATE JUDGE